# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 16-1165** **September Term, 2016**

**NLRB-22CA133001**

**Filed On:** May 16, 2017

Eastern Essential Services, Inc.,

Petitioner

v.

National Labor Relations Board,

Respondent

------------------------------

SEIU Local 32BJ,
Intervenor

------------------------------

Consolidated with 16-1217

## ORDER

It is **ORDERED**, on the court's own motion, that the briefing schedule set forth in the court's April 25, 2017 order be suspended pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk